1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                        CENTRAL DISTRICT OF CALIFORNIA
9
10   GILBERTO VELAZQUEZ, ET AL.,        Case No. EDCV 16-679-DMG (KK)
11                  Plaintiff(s),
12          v.                          **ORDER ACCEPTING FINDINGS
                                        AND RECOMMENDATION OF
13   PACIFIC GAS AND ELECTRIC           UNITED STATES MAGISTRATE
     COMPANY, ET AL.,                   JUDGE**
14
                   Defendant(s).
15
16
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended
18   Complaint, the relevant records on file, and the Report and Recommendation of the
19   United States Magistrate Judge.  No objections have been filed.  The Court accepts
20   the findings and recommendation of the Magistrate Judge.
21          IT IS THEREFORE ORDERED that (1) Defendant's Motions for
22   Terminating Sanctions are GRANTED; (2) Defendant's Motion for Summary
23   Judgment is GRANTED; and (3) Judgment shall be entered DISMISSING this
24   action with prejudice.
25
     Dated: September 28, 2018
26                                       _____
27                                       HONORABLE DOLLY M. GEE
                                         United States District Judge
28